Anna R. Leslie, appellant, v. A. R. E. Wyant et al., appellees. Gen. No. 40,176.

Heard in the first division of this court for the first district at the June term, 1938. Opinion filed November 21, 1938.

Heber T. Dotson, for appellant. Raymond A. Kinzie, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Continental Casualty Company, appellant, v. Arthur H. Hein et al., appellees. Gen. No. 40,192.

Heard in the first division of this court for the first district at the October term, 1937. Opinion filed November 21, 1938.

Isidore Brown and George C. Bliss, for appellant; Sidney W. Mandel and Albert Langeluttig, of counsel. Daniel D. Kaufman, Donald J. Rizzio, Lavin & Ruvell, S. B. Rosenzweig, Jesse Marcus, Jack A. Cohon, Wolf & Love, Reiger & Reiger, Bernard Stenge, for certain appellees; G. A. Buresh, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Joseph Cohn, appellee, v. David Cohl and James Baker, appellants. Gen. No. 40,124.

Heard in the first division of this court for the first district at the June term, 1938. Opinion filed November 21, 1938.

Irving Breakstone, for appellants. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Laura Hermánn, appellant, v. Herbert Carl Johnson, appellee. Gen. No. 40,199.

Heard in the first division of this court for the first district at the June term, 1938. Opinion filed November 21, 1938.

Daniels & Sullivan, for appellant. Frank F. Tollkuehn, for appellee; Harold F. Tollkuehn, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.